IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JAY STRAUSS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  15-0900 |
| | : | |
| GHUMAN TRUCK SERVICE, INC., | : | |
| KAMALJIT SINGH, MANJINDER KAUR, | : | |
| DS TRANSPORT, and | : | |
| KAPOOR SATYEN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**O R D E R**

**AND NOW**, this  22nd  day of April, 2015, upon consideration of Plaintiff, Jay Strauss' ("Plaintiff"), "Motion to Remand to State" (Doc. No. 3), Defendants, Ghuman Truck Service, Inc., Kamaljit Singh, Manjinder Kaur, DS Transport, and Kapoor Satyen's (collectively, "Defendants"), Response in Opposition, Plaintiff's Reply, and Defendants' Sur-Reply, it is hereby **ORDERED** that the Motion is **DENIED**.

BY  THE  COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE